MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SMITHRIDGE GREENS, UNIT NO. 1 HOMEOWNERS ASSOCIATION; E. ALAN TIRAS, PROF. CORP.,<br><br>Defendants. | Case No.: 3:16-cv-00602-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SMITHRIDGE GREENS, UNIT NO. 1 HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT [ECF NO. 33]**<br><br>**(First Request)** |

Plaintiff Nationstar Mortgage LLC and defendant Smithridge Greens, Unit No. 1 Homeowners Association (**HOA**) by and through their undersigned counsel, respectfully submit the following stipulation and order to allow plaintiff fifteen (15) additional days, or until January 12, 2018, to file its opposition to the HOA's motion to dismiss or in the alternative, for summary judgment. (ECF No. 33). Plaintiff's deadline to file its opposition is December 28, 2017.

///

///

///

///

///

///

1

Plaintiff and the HOA stipulate to extending plaintiff's deadline to January 19, 2018, to allow plaintiff additional time to prepare its response due to numerous filings, discovery responses, depositions and other litigation deadlines plaintiff's counsel has had over the past several weeks. This is plaintiff's first request for an extension of this deadline and is not being made for the purpose of delay.

Dated this 21st day of December, 2017.

| | |
|---|---|
| **AKERMAN LLP** | **LIPSON NEILSON COLE SELTZER & GARIN, P.C.** |
| /s/ *Tenesa S. Scaturro* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> TENESA S. SCATURRO, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Ste. 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Plaintiff Nationstar Mortgage, LLC* | /s/ *Peter E. Dunkley* <br> KALEB D. ANDERSON, ESQ. <br> Nevada Bar No. <br> PETER E. DUNKLEY, ESQ. <br> Nevada Bar No. <br> JOSEPH P. GARIN, ESQ. <br> Nevada Bar No. <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for defendant Smithridge Greens, Unit No.1 Homeowners Association* |

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: December 22, 2017

43624057;1