MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 3:16-cv-00602-MMD-VPC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SMITHRIDGE GREENS, UNIT NO. 1 HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT [ECF NO. 33]** |
| SMITHRIDGE GREENS, UNIT NO. 1 HOMEOWNERS ASSOCIATION; E. ALAN TIRAS, PROF. CORP., | |
| Defendants. | **(Second Request)** |

Plaintiff Nationstar Mortgage LLC and defendant Smithridge Greens, Unit No. 1 Homeowners Association (**HOA**) by and through their undersigned counsel, respectfully submit the following stipulation and order to allow plaintiff seven (7) additional days, or until January 26, 2018, to file its opposition to the HOA's motion to dismiss or in the alternative, for summary judgment. (ECF No. 33). Plaintiff's deadline to file its opposition is January 19, 2017.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

43875644;1

Plaintiff and the HOA stipulate to extending plaintiff's deadline to January 26, 2018, to allow plaintiff additional time to prepare its response due to numerous filings, discovery responses, depositions and other litigation deadlines plaintiff's counsel has had over the past several weeks. This is plaintiff's second request for an extension of this deadline and is not being made for the purpose of delay.

Dated this 19th day of January, 2018.

**AKERMAN LLP**

/s/ Tenesa Scaturro Powell
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA SCATURRO POWELL, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Nationstar Mortgage, LLC*

**LIPSON NEILSON COLE SELTZER & GARIN, P.C.**

/s/ Peter E. Dunkley
KALEB D. ANDERSON, ESQ.
Nevada Bar No.
PETER E. DUNKLEY, ESQ.
Nevada Bar No.
JOSEPH P. GARIN, ESQ.
Nevada Bar No.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for defendant Smithridge Greens, Unit No.1 Homeowners Association*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT          JUDGE

DATED: January 22, 2018

43875644;1