LIPSON, NEILSON, P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

1 | LIPSON, NEILSON, P.C.
2 | KALEB D. ANDERSON, ESQ.
  | Nevada Bar No. 7582
3 | PETER E. DUNKLEY, ESQ.
  | Nevada Bar No. 11110
4 | 9900 Covington Cross Drive, Ste. 120
  | Las Vegas, Nevada 89144
5 | (702) 382-1500 phone
  | (702) 382-1512 fax
6 | kanderson@lipsonneilson.com
  | pdunkley@lipsonneilson.com
7 | *Attorneys for Smithridge Greens Unit No. 1 Homeowners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SMITHRIDGE GREENS, UNIT NO. 1 HOMEOWNERS ASSOCIATION; E. ALAN TIRAS, PROF. CORP.,<br><br>Defendants, | CASE NO.: 3:16-cv-00602-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT SMITHRIDGE GREENS UNIT NO. I HOMEOWNERS ASSOCIATION'S TO FILE REPLY TO PLAINTIFF'S OPPOSITION AND RESPONSE TO CROSS MOTION FOR SUMMARY JUDGMENT**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that Defendants SMITHRIDGE GREENS UNIT NO. 1 HOMEOWNERS ASSOCIATION shall have through and including **February 16, 2018**, within which to file and serve a reply to Plaintiff's Opposition and a response to Plaintiff's Cross Motion for Summary Judgment.

This is the first extension from the original due date of February 2, 2018, and the parties' first request for an extension.

Pursuant to Local Rule 7-1, the parties state the reason for the continuance is that Smithridge Greens Unit No. 1 Homeowners Association requires more time to evaluate and to prepare a consolidated response to the Plaintiff's Response to the HOA's Motion

for Summary Judgment and the Lender's Cross Motion (ECF Nos. 48, 49). The parties have entered into this agreement in good faith and not for purposes of delay.

Dated this 31st day of January, 2018.

AKERMAN, LLP

By:    */s/ Tenesa Scaturro Powell*
     Melanie D. Morgan. Esq.
     Nevada Bar No. 8215
     Tenesa S. Scaturro Powell, Esq.
     Nevada Bar No. 12488
     1635 Village Center Circle, Suite 200
     Las Vegas, NV 89144
     *Attorney for Plaintiff Nationstar Mortgage, LLC*

Dated this 31st day of January, 2018.

LIPSON, NEILSON, P.C.

By:    */s/ Peter E. Dunkley*
     Kaleb D. Anderson, Esq.
     Nevada Bar No. 7582
     Peter E. Dunkley, Esq.
     Nevada Bar No. 11110
     9900 Covington Cross Drive, Suite 120
     Las Vegas, Nevada 89144
     *Smithridge Greens Unit No. 1 Homeowners Association*

Dated this 31st day of January, 2018.

LAXALT & NORMURA, LLC

By:    */s/ Ryan W. Leary*
     Holly S. Parker, Esq.
     Nevada Bar No. 10181
     Ryan W. Leary, Esq.
     Nevada State Bar No. 11630
     Melisa A. Rosenthal, Esq.
     Nevada Bar No. 14261
     9600 Gateway Drive
     Reno, NV 89521

**CASE No.: 3:16-cv-00602-MMD-VPC**
*Nationstar Mortgage, LLC v. Smithridge Greens Homeowners Association.*
**Stipulation & Order to Extend Time for Smithridge Greens HOA to File Reply to Opposition and Response to Cross Motion**

## ORDER

IT IS SO ORDERED.

DATED this  2nd  of February, 2018.

_____
_ UNITED STATES DISTRICT JUDGE

Submitted by:

LIPSON, NEILSON, P.C.

By:  */s/ Peter E. Dunkley*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
PETER E. DUNKLEY, ESQ.
Nevada Bar No. 11110
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
kanderson@lipsonneilson.com
pdunkley@lipsonneilson.com
*Smithridge Greens Unit No. 1 Homeowners Association*