MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SMITHRIDGE GREENS, UNIT NO. 1 HOMEOWNERS ASSOCIATION; E. ALAN TIRAS, PROF. CORP.,<br><br>Defendants. | Case No.: 3:16-cv-00602-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR NATIONSTAR MORTGAGE LLC TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff Nationstar Mortgage LLC and defendant Smithridge Greens, Unit No. 1 Homeowners Association (**HOA**) by and through their undersigned counsel, respectfully submit the following stipulation and order to allow Nationstar twenty-one (21) additional days, or until March 21, 2018, to file its reply in support of its motion for summary judgment. Nationstar filed its cross motion for summary judgment on January 26, 2018. ECF No. 49. The HOA filed is response to Nationstar's motion on February 14, 2018. ECF No. 54. Nationstar's deadline to file its reply is February 28, 2018.

Nationstar and the HOA stipulate to extending Nationstar's deadline to March 21, 2018, to allow Nationstar additional time to prepare its response due to trial, numerous filings, discovery responses, depositions and other litigation deadlines plaintiff's counsel has had over the past several weeks.

1

44251915;1

This is Nationstar's first request for an extension of this deadline and is not being made for the purpose of delay.

Dated this 28th day of February, 2018.

| **AKERMAN LLP** | **LIPSON NEILSON, P.C.** |
|---|---|
| */s/ Tenesa Powell*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>TENESA SCATURRO POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Ste. 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff Nationstar Mortgage, LLC* | */s/ Peter E. Dunkley*<br>KALEB D. ANDERSON, ESQ.<br>Nevada Bar No.<br>PETER E. DUNKLEY, ESQ.<br>Nevada Bar No.<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No.<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for defendant Smithridge Greens, Unit No.1 Homeowners Association* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
**DATED:** March 1, 2018