MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SMITHRIDGE GREENS, UNIT NO. 1 HOMEOWNERS ASSOCIATION; E. ALAN TIRAS, PROF. CORP.,<br><br>Defendants. | Case No.: 3:16-cv-00602-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR NATIONSTAR MORTGAGE LLC TO FILE ITS OPPOSITION TO E. ALAN TIRAS, P.C.'S MOTION FOR SANCTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**<br><br>**(First Request)** |

Plaintiff Nationstar Mortgage LLC and defendant E. Alan Tiras, P.C. (**Tiras**) by and through their undersigned counsel, respectfully submit the following stipulation and order to allow Nationstar fourteen (14) additional days, or until June 21, 2018, to file its opposition to Tiras's motion for sanctions. ECF No. 64. Nationstar's deadline to file its opposition is June 7, 2018.

Nationstar and Tiras stipulate to extending Nationstar's deadline to June 21, 2018, to allow Nationstar additional time to prepare its response due to trial, numerous filings, discovery responses, depositions and other litigation deadlines plaintiff's counsel has had over the past several weeks.

//

//

//

//

1

This is Nationstar's first request for an extension of this deadline and is not being made for the purpose of delay.

Dated this 6th day of June, 2018.

| | |
|---|---|
| **AKERMAN LLP** | **LAXALT & NOMURA, LTD.** |
| */s/ Tenesa Powell* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> TENESA POWELL, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Ste. 200 <br> Las Vegas, Nevada 89134 | */s/ Holly S. Parker* <br> HOLLY S. PARKER, ESQ. <br> Nevada Bar No. 10181 <br> RYAN W. LEARY, ESQ. <br> Nevada Bar No. 11630 <br> 9790 Gateway Drive, Suite 200 <br> Reno, Nevada 89521 |
| *Attorneys for Plaintiff Nationstar Mortgage, LLC* | *Attorneys for defendant E. Alan Tiras, P.C.* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DITRICT JUDGE**
**DATED:** June 11, 2018